**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Michael F. Sabitoni, et al.
Plaintiff,

v.                                             Case No.: 1:18−cv−00294−JJM−PAS

MR3 LLC
Defendant.

## ENTRY OF DEFAULT

Upon consideration of the application for entry of default, default is hereby entered against MR3 LLC in accordance with Fed. R. Civ. P. 55(a) and L.R. Cv 55(a).

October 17, 2018                    By the Court:

                                    /s/ Hanorah Tyer−Witek, Clerk of Court