UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL F. SABITONI, :
As Trustee of the Rhode Island Laborers :
Health Fund; the Rhode Island Laborers' :
Pension Fund; the New England Laborers' :
Training Trust Fund; the New England :
Laborers' Labor Management :
Cooperation/Trust Fund; the New England :
Laborers' Health & Safety Fund; the Rhode :
Island Laborers' Unified Trust Fund; the :
Rhode Island Laborers' Annuity Fund; :
the Rhode Island Laborers' Legal Services :
Fund; the Rhode Island Construction :
Industry Advancement Fund; and the :
RHODE ISLAND LABORERS' DISTRICT :
COUNCIL OF THE LABORERS' :
INTERNATIONAL UNION OF :
NORTH AMERICA, AFL-CIO, :
 :
v. :   C.A. No. 18-294-JJM
 :
MR 3 LLC d/b/a UNION FENCE :

## NOTICE OF VOLUNTARY DISMISSAL

Now come Plaintiffs, Michael F. Sabitoni as Trustee of the Rhode Island Laborers' Health Fund, *et al.*, and hereby voluntarily dismiss this action against Defendant MR 3 LLC d/b/a Union Fence, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

        Plaintiffs,
        MICHAEL F. SABITONI, et al.
        By their Attorneys,

        */s/ Robert P. Brooks*
        ROBERT P. BROOKS (#3721)
        ADLER POLLOCK & SHEEHAN P.C.
        One Citizens Plaza, 8th Floor
        Providence, RI  02903-1345
        Tel:  (401) 274-7200
        Fax:  (401) 751-0604
        rbrooks@apslaw.com
        Dated:  November 15, 2018

2

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 15th day of November, 2018, I filed the within through the ECF system, and that notice will be sent electronically to all counsel who are registered participants identified in the Mailing Information for Case No. 18-404-WES-LDA.  I further certify that I sent a copy of the within via first class mail to the registered agent for the following non-registered participant:

MR3 LLC d/b/a Union Fence
c/o Michael J. Rizzo, Jr., Registered Agent
1340 Hartford Avenue
Johnston, RI  02919-7132

                                                 /s/ Robert P. Brooks